MCGREGOR SCOTT
United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No. 7294779 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| DAVID S. SHIPPERS | ) | |
| | ) | |
| Defendant | ) | |

    The United States of America, by and through McGregor Scott, United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 7294779 against DAVID S. SHIPPERS without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 21, 2018    Respectfully Submitted,
            McGregor Scott
            United States Attorney

By: *Kyle R. Ratliff*
    Kyle R. Ratliff
    Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 7294779 against DAVID S. SHIPPERS be dismissed without prejudice, in the interest of justice.

Dated: \_\_\_\_\_March 21\_\_\_, 2018

*Jennifer L. Thurston*

HON. JENNIFER L. THURSTON
United States Magistrate Judge